UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

NORTH AMERICAN CAPACITY INSURANCE          21-cv-8153 (JGK)
COMPANY, ET AL.,

                                            ORDER
                    Plaintiffs,


          - against -

LEMONADE, INC.,

                    Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

     The defendant's answer in this action was originally due on

November 9, 2021. The Court has extended the time to answer on

four occasions. See ECF Nos. 12, 14, 16, 18. In its June 9, 2022

letter requesting the last of these extensions, the defendant

indicated that the additional time to answer the complaint was

necessary because "the parties have been discussing a potential

settlement of their disputes." ECF No. 17.

     In an Order also dated June 9, 2022, the Court extended the

defendant's time to answer until August 12, 2022. The Order made

clear that "[n]o further extensions" of that deadline would be

granted "without very good cause." ECF No. 18.

     Nearly three months have passed since the August 12, 2022

deadline set by this Court, and the defendant has neither filed

an answer nor attempted to explain why very good cause exists

for another extension. However, before the Court instructs the plaintiffs to seek a default judgment or takes any other action with regard to the defendant's failure to answer, the Court directs the parties to submit a letter apprising the Court of the status of the settlement negotiations described in the defendant's June 9, 2022 submission (ECF No. 17). The letter is due by **November 24, 2022.**

**SO ORDERED.**

Dated:   New York, New York
         November 9, 2022

                                  _____
                                        John G. Koeltl
                                 United States District Judge